# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| RAY WILBUR PAYN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-15-1089-D |
| | ) | |
| GERALD E. KELLEY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Before the Court are Plaintiff's Motion to Alter or Amend Judgment [Doc. No. 92] and Memorandum in Support [Doc. No. 93]. Defendants have responded in opposition [Doc. Nos. 96, 97, 98, 101, and 103], and Plaintiff has filed three replies in support [Doc. Nos. 99, 102, and 103]. Based on Plaintiff's representation that he would have filed responses to Defendants' Motions to Dismiss [Doc. Nos. 80, 81, 82, 83, and 88] but for his erroneous conclusion that responses were not expressly directed by the Court and therefore could not be filed,[1] the Court hereby GRANTS Plaintiff's Motion [Doc. No. 92]. Accordingly, the April 14, 2016 Judgment of the Court [Doc. No. 91] is VACATED, and Plaintiff is granted leave to respond to the Motions within twenty-one (21) days of the entry of this Order. Any reply briefs must be filed within the time frame set forth in LCvR 7.1(i).

---

[1] Plaintiff's interpretation reflects his continued failure to apprise himself of, and understand, both the Federal Rules of Civil Procedure and the Local Rules of the Western District of Oklahoma. *See* Order, Oct. 21, 2015 [Doc. No. 24]. The February 2, 2016 Order of the Court [Doc. No. 85], to which Plaintiff refers, particularly addressed a number of sealed documents and Plaintiff's need to file redacted versions of specifically identified exhibits. Accordingly, the Court's directive "to file redacted versions of only the listed exhibits" was to be read in context and limited to the subject matter at hand.

Additionally, before the Court is Plaintiff's Motion to Seal Documents [Doc. No. 95]. For good cause shown, Doc. Nos. 94-3 and 94-4 are hereby sealed. Plaintiff is directed to file redacted versions of both documents within seven (7) days of the entry of this Order.

As a final note, and in connection with Plaintiff's recent Notice to the Court Clerk [Doc. No. 100], counsel are reminded that Plaintiff does not have access to the Electronic Case Filing System. Accordingly, counsel for defendants are directed to send paper copies of all filed documents to Plaintiff via certified mail to the following address: P.O. Box 961, Nicoma Park, OK 73066.

IT IS SO ORDERED this 26th day of May, 2016.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE